**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juvenal GUTIERREZ–GARCIA,**
**Defendant–Appellant.**

**No. 15–10013.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 2, 2015.*

Filed Sept. 4, 2015.

Fernanda Carolina Escalante, Assistant United States, USPX–Office of the U.S. Attorney, Two Renaissance Square, Phoenix, AZ, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Florence Bruemmer, Law Offices of Florence M. Bruemmer, PC, Anthem, AZ, for Defendant–Appellant.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Juvenal Gutierrez–Garcia appeals from the district court's judgment and challenges his guilty-plea conviction and 57–month sentence for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gutierrez–Garcia's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Gutierrez–Garcia the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Gutierrez–Garcia has waived his right to appeal his conviction and sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.